UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:20-CR-00079-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TREVOR SELWYN DANIEL JR (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 72] of the Magistrate Judge, recommending that the defendant's Motion to Suppress [doc. 31] be denied. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 72] be **ADOPTED** and that the Motion to Suppress be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 30th day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**