# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:20-cr-00079 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| TREVOR SELWYN DANIEL, JR | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 97] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 98] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the one-count Indictment.

Sentencing is set for July 13, 2023, at 1:30 p.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 25th day of May, 2023.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**